**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | : No. 304 WAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| MICHAEL A. DORUNDO AND CYNTHIA M. DORUNDO, | : |
| Petitioners | : |
| v. | : |
| ROBERT BOBACK, | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.